1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| JOHNNY D. COOPER, SR., | ) 1:10-cv-01040 AWI GSA |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| ROBERT C. SMITH, | ) |
| | ) (Document 2) |
| Defendant. | ) |
| | ) |
| _____ | ) |

17
18      By application filed on June 10, 2010, Plaintiff has requested leave to proceed in forma
19  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the
20  showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS
21  GRANTED.  28 U.S.C. § 1915 (a).

22
23      IT IS SO ORDERED.
24   **Dated:    June 17, 2010**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28                                          1